IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALSON ALSTON, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 14-cv-02480 |
| | : | |
| | : | (Judge Kane) |
| PENNSYLVANIA STATE | : | |
| UNIVERSITY, et al., | : | |
| Defendants | : | |
| | : | |

## ORDER

**ACCORDINGLY**, on this 12th day of January 2015, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is **GRANTED**;

2. Plaintiff's emergency motion for a temporary restraining order (Doc. No. 5) is **DENIED AS MOOT**;

3. Plaintiff's amended motion for a temporary restraining order (Doc. No. 14) is **DENIED**;

4. The United States Marshal is directed to serve a copy of Plaintiff's complaint (Doc. No. 1) on Defendants.

 S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania