**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALSON ALSTON, | : | |
|     Plaintiff | : | No. 14-cv-02480 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PENNSYLVANIA STATE | : | |
| UNIVERSITY, et al., | : | |
|     Defendants | : | |

## ORDER

**ACCORDINGLY**, on this 6th day of January 2016, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 37) is **ADOPTED**;

2. Defendants' motion to dismiss (Doc. No. 27) is **GRANTED**;

3. Plaintiff's substantive due process, procedural due process, equal protection, federal statutory, and other federal claims are **DISMISSED WITH PREJUDICE**;

4. The remainder of Plaintiff's amended complaint (Doc. No. 25), is **DISMISSED WITHOUT PREJUDICE** to timely re-filing them in an appropriate state court; and

5. The Clerk of Court is directed to close this case.

                                                                   S/ Yvette Kane
                                                                   Yvette Kane, District Judge
                                                                   United States District Court
                                                                   Middle District of Pennsylvania